1  BENJAMIN B. WAGNER
United States Attorney
2  Michael S. Frye
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

5

6  Attorneys for Plaintiff
United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO.  1:13-CR-00170-AWI-BAM |
| 12                          Plaintiff, | MOTION TO DISMISS |
| 13                   v. | |
| 14  PHILLIP LOWE, | |
| 15                          Defendant. | |

16

17         The government hereby moves to dismiss, without prejudice, the charges in the indictment

18  against PHILLIP LOWE.  This motion is made in response to said defendant having entered a guilty

19  plea in Fresno County Superior Court for the same conduct charged in the indictment in this matter.  The

20  ends of justice will best be served by a dismissal of the Indictment in this matter.

21

22  Dated:  June 17, 2013                              BENJAMIN B. WAGNER
                                                      United States Attorney
23

24                                                    /s/ Michael S. Frye
                                                      _____
25                                                    MICHAEL S. FRYE
                                                      Assistant United States Attorney
26

27

28

   INDICTMENT OF PHILLIP LOWE                        1

1

2  BENJAMIN B. WAGNER
   United States Attorney
3  Michael S. Frye
   Assistant United States Attorney
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
6

7  Attorneys for Plaintiff
   United States of America
8

9                IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,           CASE NO.  1:13-CR-00170-AWI-BAM

13                    Plaintiff,
                                         ORDER RE: MOTION TO DISMISS
14               v.

15  PHILLIP LOWE,

16                    Defendant.

17

18                              **ORDER**

19       IT IS HEREBY ORDERED in the interest of justice that the indictment be dismissed and that the

20  warrant be recalled.

21

22

23  IT IS SO ORDERED.

24  Dated:   June 18, 2013        _____
                                        SENIOR  DISTRICT  JUDGE
25

26

27

28

    INDICTMENT OF PHILLIP LOWE              2